## IN THE U. S. DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCIA SIANI FRANK, | : No. 3:18-CV-01929 |
|            Plaintiff | : |
| v. | : (Chief Judge Conner) |
| | : |
| MISERICORDIA UNIVERSITY, | : JURY TRIAL DEMANDED |
| | : |
|            Defendant | ELECTRONICALLY FILED |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A) (ii)

AND NOW, the parties, by and through their respective counsel, stipulate as follows:

The above-captioned action is dismissed without prejudice.

Respectfully submitted,

ROSENN, JENKINS & GREENWALD, L.L.P.

BY: _____
JAMES C. OSCHAL, ESQUIRE
Attorney I.D. No. 53846
KIERAN M. CASEY, ESQUIRE
Attorney I.D. No. 89000
15 South Franklin Street
Wilkes-Barre, PA 18711-0075
570-826-5621 – telephone
Counsel for Defendant,
MISERICORDIA UNIVERSITY

COMITZ LAW FIRM

BY: _____
JEREMY R. WEINSTOCK, ESQUIRE
Attorney I.D. No. 319120
46 Public Square, Suite 101
Wilkes-Barre, PA 18701
570-829-1111
Attorneys for Plaintiff

1032490.1